Anne F. EDWARDS, Plaintiff–
Appellant,

v.

ASTORIA FEDERAL SAVINGS,
Defendant–Appellee.

Anne F. Edwards, Plaintiff–Appellant,

v.

Astoria Federal Savings,
Defendant–Appellee.

Nos. 09–1682, 09–1683.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 1, 2009.

Anne F. Edwards, Appellant Pro Se.

Before MOTZ, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anne F. Edwards seeks to appeal the
district court's order adopting the recommendation of the magistrate judge and
dismissing her action as frivolous. We
dismiss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

Parties are accorded thirty days after
the entry of the district court's final judgment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of
Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on October 23, 2008. The
notice of appeal was filed on May 15, 2009.
Because Edwards failed to file a timely
notice of appeal or to obtain an extension
or reopening of the appeal period, we dismiss the appeal. We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*